## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 23-42302 |
| | Chapter 7 |
| Lynn Margaret Lindberg, | |
| Debtor. | |

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1.       Applicant, Randall L. Seaver, is the Chapter 7 Trustee ("**Trustee**") in this case.

2.       Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: to perform legal services related to the bankruptcy estate's interest in real estate located in Wisconsin, including document review and preparation.

3.       Matthew R. Burton and Moss & Barnett, ("**Firm**"), 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402 are qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4.       Proposed compensation and reimbursement of expenses are as follows: $550.00 per hour for Randall L. Seaver and $525.00 per hour for Matthew R. Burton, plus expenses, subject to Court approval.

5.       Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except 1) Randall L. Seaver, the trustee in this case, is a member of the Firm; and 2) the Firm represents the Trustee and other panel trustees in unrelated matters.

6.       No conflict of interest arises by the Firm's representation of the Trustee.

7.       The Trustee has made the following efforts to recover assets prior to submitting this Application: The Trustee obtained the schedules and reviewed additional information.

WHEREFORE, Applicant requests that the Court approve the employment of the Firm.

Dated: December 11, 2023

*s/ Randall L. Seaver*
Randall L. Seaver, Trustee
P.O. Box 1167
Burnsville, MN 55337
P: (651) 302-6925
E: rseaver@fssklaw.com

| | |
|---|---|
| In re: | BKY Case No.: 23-42302 |
| | Chapter 7 |
| Lynn Margaret Lindberg, | |
| Debtor. | |

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Matthew R. Burton and Moss & Barnett ("**Firm**"), 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402, named in the application for employment on behalf of the above- named bankruptcy estate, declare under penalty of perjury the following:

1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2.    Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except 1) Randall L. Seaver, the trustee in this case, is a member of the Firm; and 2) the Firm represents the Trustee and other panel trustees in unrelated matters.

3.    No conflict of interest arises by the Firm's representation of the Trustee.

**MOSS & BARNETT**

Date: December 11, 2023

*s/ Matthew R. Burton*

Matthew R. Burton (#210018)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
P: (612) 877-5399; F: (612) 877-5066
E: Matthew.Burton@lawmoss.com

***ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE***

8908410v1

| | |
|---|---|
| In re: | BKY Case No.: 23-42302 |
| | Chapter 7 |
| Lynn Margaret Lindberg, | |
| Debtor. | |

## ORDER

The Trustee's application to approve the employment of Moss & Barnett as the Trustee's

attorneys came before the Court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C.

§ 327,

**IT IS ORDERED**:  the employment is approved.


BY THE COURT:


Dated:

_____

Michael E. Ridgway
United States Bankruptcy Judge

8908410v1